**FILED**



*12:12 pm, 12/11/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

IBRAHIM MOUSSA,

        Petitioner,

VS.

    Case No.  25-CV-00269-ABJ

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT
DENVER FIELD OFFICE DIRECTOR,
*in his official capacity*, also known as,
Robert Guadian,

        Respondent.

## WRIT OF HABEAS CORPUS

This matter having come before the Court on a Petition for Writ of Habeas Corpus by Ibrahim Moussa, and the Court being advised of the basis for the Petition and Response,

**IT IS HEREBY ORDERED** that the petition is **GRANTED.** Petitioner Ibrahim Moussa is hereby ordered released from custody **by no later than December 21, 2025,** subject appropriate conditions of release necessary to protect the public safety and promote the ability of the Service to affect his removal to a third country.  *See* 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.13(h).

Dated this __12^th__ day of December, 2025.

_____
Alan B. Johnson
United States District Judge